**MARK A. KIRKORSKY, P.C.**
Attorneys at Law
P.O. Box 25287
Tempe, Arizona 85285
(480) 551-2173

Mark A. Kirkorsky (#010029)
Tara K. Miller (#024742)
Alan M. Tramposch (#029755)
info@makcollections.com
*Attorneys for Nicholas Consolidated, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No: 2:09-bk-05543 –RTBP |
| **JAMES ALLEN SMART and JACQUELINE YVONNE SMART** | Chapter 7 |
| Debtors. | **ORDER FOR PAYMENT OF UNCLAIMED FUNDS** |

The Court, having received and reviewed, the Application for Payment of Unclaimed Funds filed by Nicholas Consolidated, Inc., and good cause appearing:

IT IS HEREBY ORDERED that the Application of Nicholas Consolidated, Inc. is approved and directing the Clerk of the U.S. Bankruptcy Court for the District of Arizona to disburse the sum of $4,206.18 to Nicholas Consolidated, Inc. c/o Mark A. Kirkorsky, P.C.

DATED this ____ day of _____, 2013

_____
Judge of the U.S. Bankruptcy Court